To The U.S. District Court
All Judges, U.S. Attorneys, Clerk

MR Mitch TAEBEL is Running President of The United States And Has proposed to His very obvious German-American Celebrity Soul Mate Dr Taylor Swift MR Mitch Taebel is the Smartest Best Looking Funniest Presidential candidate of All Time And Semester At Sea Alumni YouTube to See Documentaries And Google MR Taebel Who Has Made the Greatest Marriage Proposal of All Time Celebrity Social Media Marriage Proposal As Sincere As Can Be MR Taebel is And Dr. Taylor Swift Are Most Likely Getting Married But Everyone is Invited to Watch the 12 HR Film on His YouTube, See His Instagram, Twitter, Facebook, TikTok And IMDB Everyone At the USDC is Invited to Follow this kidnapping That is in National News, Many State TV Broadcasts, Radio International News, online News And Has gone Viral on Social Media MR Mitch Taebel is The Republican MVP Nashville MVP USA MVP And The Entertainment MVP!

Dated 7/21/23

Mitch TAEBEL

3:23-mc-54

La Porte County, INDIANA

Case No. 46D01-2305-F5-771

~~The Purpose of the 8th Amendment is to Attain Release It is Not to Set Bail just out of Reach of~~ A Tv Host, College Graduate And Award Winning Political Film Director Who Has Been Accused of Sending Messages on Instagram that He Did Not Send It Would Be A Violation of Equal Protections of law if only the opulent Could Attain Release The Presumption of Innocence Means MR Mitch Jerked Must Be Released Immediately And Able to Make a Press Statement

Please Confirm you Have Recieved this Letter sent From The La Porte County Jail 809 State Street La Porte INDIANA 46350 MR TAEBEL Expects to Be Released At His Next Court Date July 27th or Before Everyone is Invited to Attend the Next Court Appearance Online IF Charges Based on Fraudulent Evidence Are Not Dismissed Before Hand See Fraudulent Temporary Restraining order In Nashville 23C1033 Post Release Mailing: 2020 Golden Gate Dr. Long Beach, IN 46360

MR Mitch TAEBEL And
Dr Taylor Swift Both Have
Millionaire Stock Broker Parents
MR Mitch Taebel is The Greatest
Singer on Earth Man Singer
Everyone is Invited To Read His
Book Looking Out For America
The Best Book Ever Written
Mostly About Law Available on
Amazon And on His Website
WWW.MitchTAEBEL.com
Follow the Marriage
Proposal And Campaign!



MICAYAH TAEBEL
LaPorte County Jail
809 State Street
LaPorte, IN 46350

US District Court
Clerk of Courts
1753 N Willow rd
Knoxville, TN 67757